**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
123 East Walnut Street
Des Moines, Iowa 50309
Tel: (515) 284-6248

**WESTERN DIVISION**
U. S. Post Office and Federal Building
8 South 6th Street, Room 313
Council Bluffs, Iowa 51501
(712) 328-0283

**EASTERN DIVISION**
131 East 4th Street, Suite 150
Davenport, Iowa 52801
(563)884-7607

Eastern District of Missouri

Transfer of ☐ Criminal Case or ☑ Magistrate Case

SDIA Case No. 1:20-mj-00068-CFB Case Title: USA v. YOUNG - 4:19-cr-01055

Dear Sir/Madam:

**Pursuant to F.R.CR.P. 5:**
- ☑ This is an electronically filed case and the documents are available through Pacer
- ☐ Certified copy of case file documents (Filed prior to November 1, 2004**) and docket sheet
- ☐ Not for public view document (pursuant to Judicial Conference policy)
- ☐ Other ______

**Pursuant to ☐ F.R.CR.P. 20 / ☐ F.R.CR.P. 21:**
- ☐ This is an electronically filed case and the documents are available through Pacer.
- ☐ Certified copy of case file documents (Filed prior to November 1, 2004**) and docket sheet
- ☐ Not for public view document (pursuant to Judicial Conference policy)
- ☐ Other ______

**Pursuant to 18 U.S.C. § 3605 Transfer of Jurisdiction** ☐ Supervised Release ☐ Probation
- ☐ This is an electronically filed case and the documents are available through Pacer.
- ☐ Certified copy of case file documents (Filed prior to November 1, 2004**) and docket sheet
- ☐ Not for public view document (pursuant to Judicial Conference policy)
- ☐ Other ______

****Note: Documents filed on or after November 1, 2004 are available electronically through PACER.** Electronically filed documents can be retrieved by using your court's PACER account .

Sincerely,

Clerk, U.S. District Court

By /s/ K. Patterson
Deputy Clerk

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to the address listed below and provide the case number assigned in your district:

Iasd_casemanagers@iasd.uscourts.gov

Clerk, U.S. District Court

12/30/2020
Date

By: Kelley Shirley
Deputy Clerk